**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S) BRETT H. KLEIN, ESQ., PLLC
305 BROADWAY NEW YORK, NY 10007 | PH: (212) 335-0132

Index Number: 1:23-CV-11258-CM
Date Filed: 12/29/2023

MATTHEW STONE

Plaintiff

vs

METROPOLITAN TRANSPORTATION AUTHORITY, ALLIED UNIVERSAL, OVERWATCH SERVICES, LLC, DBA CITY SAFE PARTNERS, SHANASIA MADDOX, INDIVIDUALLY, KENNETH COLE, INDIVIDUALLY, RAWSHOD CAESAR, INDIVIDUALLY, AND JOHN AND JANE DOE 1 THROUGH 10, INDIVIDUALLY (THE NAMES JOHN AND JANE DOE BEING FICTITIOUS, AS THE TRUE NAMES ARE PRESENTLY UNKNOWN)

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

Yoler Jean-Baptiste, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.
That on **1/5/2024**, at **12:13 PM** at **230 WEST 135TH STREET, GROUND FLOOR, NEW YORK, NY 10030**, Deponent served the within **Summons in a Civil Action and Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **RAWSHOD CAESAR C/O CITY SAFE PARTNERS HEADQUARTERS**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Jordan West (Co-Worker)**, **a person of suitable age and discretion**.

Said premises is subject's **actual place of business / employment** within the state. A description of **Jordan West** is as follows:

**Sex**: Male    **Color of skin**: Black    **Color of hair**: Black    **Age**: 40
**Height**: 5ft4in-5ft8in    **Weight**: 161-200 Lbs.    **Other**:

On **January 8, 2024**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on January 9, 2024

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/27

**Client's File No.:**

Process Server, Please Sign
Yoler Jean-Baptiste
Lic# 1139306
Job #: 2400221

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE