**HARDIN THOMPSON, P.C.**
Michael F. Schleigh, Esquire
11 Broadway
New York, NY 10004
844-639-9626
mschleigh@hardinlawpc.net
*Counsel for Defendant, Overwatch Services, LLC*

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

MATTHEW STONE
        Plaintiff,

               v.                    Case No. 1:23-CV-11258-CM

METROPOLITAN TRANSPORTATION AUTHORITY, ET AL.

**NOTICE OF ENTRY OF APPEARANCE**

**TO THE CLERK OF COURT:**

    Kindly enter my appearance on behalf of Defendant. Overwatch Services, LLC, in this matter and note my address on which all papers should be served.

Date: January 12, 2024                **HARDIN THOMPSON, PC**

                                      */s/ Michael F. Schleigh*
                                      Michael F. Schleigh, Esquire
                                      *Counsel for Defendant, Overwatch Services, LLC*

**HARDIN THOMPSON, P.C.**
Michael F. Schleigh, Esquire, ID # 88407
11 Broadway
New York, NY 10004
844-639-9626
mschleigh@hardinlawpc.net
*Counsel for Defendant, Overwatch Services, LLC*

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

MATTHEW STONE
        Plaintiff,

        v.        Case No. 1:23-CV-11258-CM

METROPOLITAN TRANSPORTATION AUTHORITY, ET AL.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the attached Entry of Appearance was served upon the following by electronic filing service:

Brett H. Klein, Esq. PLLC
305 Broadway, Suite 600
New York, NY 10007
212-335-0132
Fax: 212-335-0571
Email: bklein@kleincivilrights.com

And by US Mail pre-paid to:

Allied Universal
8 Tower Bridge
161 Washington St., Suite 600
Conshohocken, Pa 19428

Metropolitan Transportation Authority
2 Broadway
New York, NY 10004

Date: January 12, 2024        **HARDIN THOMPSON, PC**

        */s/ Michael F. Schleigh*
        Michael F. Schleigh, Esquire
        *Counsel for Defendant, Overwatch Services, LLC*