# MTA POST ORDERS

Oct 2022

## PATROL SECTORS

Members will perform continual patrols of the station's environment, including platforms and mezzanine areas if applicable. Special attention should be paid to MetroCard vending machines (MVM's) and station Agent Booth (Token Booth) Areas. Members will swipe at their station during their inspections to document their presence at the station. Any vandalism or unauthorized activity should immediately be reported to the Security Command Center at 718-694-5212.

## NYCT SECURITY STAFF NOTIFICATIONS

The NYCT Security Command Center must be notified at 718-694-5212 for the following issues:

- Assaults or harassment of personnel, Including any threatening behavior. Injuries or illnesses concerning personnel
- Any incident requiring emergency notifications
- Suspicious persons/packages or bomb threat
- Any crimes observed Example: Vandalism or unauthorized activities
- Homeless in station outstretched or sleeping
- Presence of media personnel, governmental agencies or representatives
- Any NYCT Rules and Regulations being broken

## MetroCard RULES

- **Do NOT use the provided MetroCard for PERSONAL USE**
   - Any Personal use can lead up to **TERMINATION** of employment
- **DO NOT swipe MetroCard to get to/from work**
   - ONLY use the metro to clock in and out of shift from the station you are assigned to
- **NO EARPHONES/EARPODS Allowed. NO PHONE Usage allowed while on duty**

Print Name: _____    Signature: _____    Date: _____

City Safe Partners Management Numbers

MTA: 718-694-1057

GM / Director Of Operations – Jordon West (646) 771-4882

Operations Manager: – Eric Batey (929) 587-9033

Exhibit 2